# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN JOHN PERRI, an individual,<br><br>Plaintiff,<br><br>v.<br><br>RXTS DRUG CO., a California corporation; LONGAN PACIFIC, INC., a California corporation; and DOES 1-10, inclusive,<br><br>Defendants. | Case No.: 2:19-cv-07598-DSF-AGR<br><br>**ORDER DISMISSAL WITH PREJUDICE** |

After consideration of the Joint Stipulation for Dismissal of the entire action with Prejudice filed by Plaintiff Carmen John Perri ("Plaintiff") and RXTS Drug Co. and Longan Pacific, Inc. ("Defendants"), the Court hereby enters a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: 12/27/19

*Dale S. Fischer*
UNITED STATES DISTRICT JUDGE